UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAGRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | No. 2:19-cv-07793-SAB-PJWx<br><br>**ORDER TO SHOW CAUSE** |

On January 13, 2020, the Court stayed the discovery and all pretrial deadlines in the above-captioned case until July 9, 2020. ECF No. 33. No further action has been taken in this matter.

//
//
//
//
//
//
//
//
//
//

**ORDER TO SHOW CAUSE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Within **thirty (30) days** from the date of this Order, the parties are directed to **show cause** as to the status of this case.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 30th day of December 2020.

_____
Stanley A. Bastian
United States District Court

**ORDER TO SHOW CAUSE ~ 2**