JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAGRELL,<br><br>    Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC., BARD PERIPHERAL VASCULAR INC.,<br><br>    Defendants. | CASE NO.: 2:19-cv-07793-MWF-PJW<br><br>Assigned to Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE** |

The Court, having reviewed the Stipulation of Dismissal of Plaintiff James Fagrell's claims in the above-captioned matter filed by the parties seeking the dismissal of Plaintiff Fagrell's claims, **GRANTS** the Stipulation.

Accordingly, **IT IS ORDERED**:

1. The Stipulation of Dismissal of Plaintiff's Claims With Prejudice is **GRANTED**.
2. Each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED September 14, 2021.

_____
MICHAEL W. FITZGERALD
United States District Judge